**No. 56153.**—McCormick Steamship Co. v. United States, protest 92518–K (New York).

378

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.